UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE ROBINSON, | No. 2:24-cv-2510 SCR P |
| Plaintiff, | |
| v. | ORDER |
| NOAH WILLSMORE, | |
| Defendants. | |

    Plaintiff DeAndre Robinson filed a civil rights complaint against defendant Noah Willsmore, which was docketed under the above-captioned case number. (ECF No. 1.) At the time, plaintiff had another case pending before the undersigned against the same defendant, which had been designated as Case No. 24-cv-2246 DAD SCR. The complaints in the two cases involve different incidents alleged to have occurred between plaintiff and defendant.

    On December 9, 2024, plaintiff filed a notice in this case inquiring as to why two case numbers had been assigned to his case against defendant Willsmore. (See ECF No. 5.) Plaintiff's notice suggests that he did not intend to pursue separate actions against defendant Willsmore. Accordingly, the undersigned seeks clarification from plaintiff as to whether he intended this case to be a separate action or whether he had intended to amend his complaint in Case No. 24-cv-2246 DAD SCR.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within **fourteen days** of the service of this order, plaintiff shall notify the court whether he intended the attached complaint to be filed as a separate case or as an amendment to his August 19, 2024 complaint against defendant Willsmore.

    a. If plaintiff notifies the court that he intended the attached complaint to be filed as a separate case, the undersigned will screen that complaint in due course.

    b. If plaintiff notifies the court that he intended the attached complaint to be an amendment to his August 19, 2024, complaint against defendant Willsmore, it will be filed as a motion to amend the complaint in Robinson v. Willsmore, No. 2:24-cv-2246 DAD SCR, and the above captioned case will be closed.

2. The Clerk of the Court is directed to attach a copy of the complaint filed September 16, 2024 (ECF No. 1) to this order.

DATED: June 2, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE